**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**CASE NO.: 1:26-cv-05032-LAP**

ABC,

      Plaintiffs,

v.

DEF,

      Defendants.

## ORDER GRANTING PLAINTIFFS' MOTION TO UNSEAL

Pursuant to the Court's Order, issued on June 16, 2026, Plaintiffs ABC move the Court to unseal this action and any prior filings.

**IT IS HEREBY ORDERED** that this case and prior filing be unsealed.

*Loretta A. Preska*

_____

Hon. Loretta A. Preska
Senior United States District Judge
June 25, 2026