John Macaluso
D: 212.705.9837
jmacaluso@gibney.com

Debbie C. Yang
D: (212) 705-9840
dyang@gibney.com

**BY: ELECTRONIC CASE FILING**

October 9, 2026

Honorable Judge Loretta A. Preska
Senior United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

***Re: Remy Couture and Allison Dunn v. ABOCYN ET. AL, Case No. 1:26-cv-05032-LAP, Case Originally Filed Under Seal***

Dear Honorable Judge Preska:

This firm is counsel to Plaintiffs Remy Couture and Allison Dunn ("Plaintiffs") in the above-referenced action.

On September 25, 2026, the Court set an Order to Show Cause hearing on October 14, 2026 at 02:00 PM ("Order to Show Cause Hearing") for why Defendants Fengzhihui, Qing Chun Le Yuan, Taiyuanqiyuanxindianzishangwuyouxiangongsi, and Fonsyn (hereinafter collectively referred to as "Defendants") should not be held in default for failure to plead or otherwise defend this action pursuant to Rule 55 of the Federal Rules of Civil Procedure (ECF No. 51).

On October 7, 2026, the Court granted Plaintiffs' Notice of Voluntary Dismissal (ECF No. 52) and dismissed this action without prejudice as to the four Defendants (ECF No. 53). As of October 7, 2026, all defendants in this action have been dismissed.

Since the four Defendants required for the Order to Show Cause Hearing have been dismissed, Plaintiffs respectfully request the Court to adjourn the Order to Show Cause Hearing, grant Plaintiffs' Motion for Release of Bond (ECF No. 54), and move to close this case. This is Plaintiffs' first request of adjournment and the four Defendants did not object.

Gibney

Plaintiffs appreciate Your Honor's time and consideration of this matter.

Respectfully Submitted,

**GIBNEY, ANTHONY & FLAHERTY, LLP**

By: */s/ Debbie C. Yang* .
Debbie C. Yang

The conference is canceled. **SO ORDERED.**

Loretta A. Preska
Senior United States District Judge

October 13, 2026