UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| REMY COUTURE AND ALLISON DUNN D/B/A VERT TEBRE,<br><br>Plaintiffs,<br><br>-against-<br><br>ABOCYN et al.<br><br>Defendants. | No. 26-CV-5032 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

Plaintiffs have advised the Court that all Defendants have now been dismissed from this matter. The Clerk of Court shall terminate this action and mark the case as closed.

**SO ORDERED.**

Dated: October 16, 2026
New York, New York

Loretta A. Preska

LORETTA A. PRESKA
Senior United States District Judge